IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARIANNY CELESTE LOPEZ; BROOKE JOHNSON aka BROOKE TAYLOR; TARA LEIGH PATRICK aka CARMEN ELECTRA; JOANNA KRUPA; and LAURIE YOUNG aka LAURIE ROMEO,**<br><br>Plaintiffs,<br><br>v.<br><br>**CONCHETTA, INC. dba CLUB RISQUE PHILADELPHIA and CONNIE INNEZZELLI; TACONY 2008, INC. dba CLUB RISQUE NORTHEAST and RONALD CRUDELE; 3025 N.J.S., INC dba CLUB RISQUE BRISTOL and DANIEL J. DERITIS,**<br><br>Defendants | CIVIL ACTION<br><br>NO. 23-5030 |

## ORDER RE: MOTION TO DISMISS

**AND NOW,** this 21st day of May 2024, for the reasons stated in the forgoing memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF 18) is **DENIED.**

BY THE COURT:

s/ Michael M.Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 23\23-5030 Lopez v Conchetta\23cv5030 - Order re MtD.docx

1