IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARIANNY CELESTE LOPEZ, et al., <br><br> *Plaintiffs*, <br><br> - against - <br><br> CONCHETTA, INC., et al., <br><br> *Defendants*. | Case No. 2:23-cv-05030-MMB |

### STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provision of Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that the claims of the Plaintiffs: Arianny Celeste Lopez, Brooke Johnson a/k/a Brooke Taylor, Tara Leigh Patrick a/k/a Carmen Electra, Joanna Krupa, and Laurie Young a/k/a Laurie Romeo (collectively "Plaintiffs") against the Defendants, Conchetta, Inc. d/b/a Club Risque Philadelphia, Connie Innezzelli; Tacony 2008, Inc. d/b/a Club Risque Northeast, Ronald Crudele; 3025 3025 N.J.S., Inc. d/b/a Club Risque Bristol, and Daniel J. Deritis, be dismissed with prejudice, without costs, and waiving all rights to appeal.

Dated: August 13, 2025

| | |
|---|---|
| */s/ John V. Golaszewski* <br> John V. Golaszewski, Esquire* (PHV) <br> **THE CASAS LAW FIRM, PC** <br> 1325 Avenue of the Americas, 28th Floor <br> New York, New York 10019 <br> T: 646-872-3178 <br> john@talentrights.law <br><br> */s/ Gerald B. Baldino, III* <br> Gerald B. Baldino, III, Esquire <br> Attorney I.D. No. 326111 <br> **SACCHETTA & BALDINO** <br> 308 East Second Street <br> Media, PA 19063 <br> P: (610) 891-9212 <br> gbaldino@sbattorney.com <br> *Attorneys for Plaintiffs* | */s/ Sara Anderson Frey* <br> Sara Anderson Frey, Esquire <br> Attorney I.D. No. 82835 <br> **GORDON REES SCULLY MANSUKHANI, LLP** <br> 1717 Arch Street, Suite 610 <br> Philadelphia, PA 19103 <br> T: 215-717-4009 <br> sfrey@grsm.com <br> *Attorney for Defendants* <br><br> IT IS SO ORDERED this 13th day of August, 2025. <br><br> /s/ Michael M. Baylson, USDJ |